**Joyce McKENZIE; William C. Reffitt,**
**Plaintiffs—Appellants,**

v.

**CITY OF WHEELING; Ace Garage,**
**Defendants—Appellees.**

No. 08–1787.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 24, 2009.

Peter M. Suwak, Washington, Pennsylvania, for Appellants. Bradley K. Shafer, Steptoe & Johnson, PLLC, Wheeling, West Virginia; Gerald G. Jacovetty, Jr., Wheeling, West Virginia, for Appellees.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce McKenzie and William C. Reffitt appeal the district court's order dismissing their civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKenzie v. City of Wheeling,* No. 5:07–cv–00148–FPS, 2008 WL 2434191 (N.D.W. Va. June 18, 2008). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*